396

opinion filed May 24, 1948; released for publication June 8, 1948. Arthur Abraham, for appellants; Wm. E. Moran and Sherman & Lewis, for appellees; Irving S. Abrams, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.

Alice Conley, Administratrix of Estate of Charles Conley, Deceased et al., Appellees, v. Michael McNamara, et al., Defendants.
Appeal of Daniel Minahan, Appellant.

Gen. No. 44,195.

opinion filed May 26, 1948; released for publication June 10, 1948. Joseph A. Power, for appellant; Edward Arkema and Leo M. Tarpey, for appellees. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.